In the Matter of MAX SIEGEL, Appellant, against THOMAS J. MANGAN et al., Constituting the Board of Regents of the State of New York, et al., Respondents.

Argued April 8, 1940; decided April 23, 1940.

*George G. Lake*, *I. Maurice Wormser* and *Clayton R. Lusk* for appellant.

*Ernest E. Cole* for respondents.

Order affirmed, without costs, upon the ground that the Board of Regents had not lost control of the proceedings and had power to reconsider its incomplete determination. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.